# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **NANCY D. TURNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 5:17-cv-2142-AKK** |
| ) | |
| **ALABAMA AGRICULTURAL AND** ) | |
| **MECHANICAL UNIVERSITY,** *et al*. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, L. Franklin Corley IV and hereby gives notice of his appearance as counsel of record for Defendants, Board of Trustees for Alabama Agricultural and Mechanical University (the "Board"); and Dr. Jerome Williams, Chris Robinson, Kevin Ball, William E. Cox, John Hackett, Jr., Ginger Harper, Perry Jones, and Dr. Roderick D. Watts, in their official capacities as Trustees of Alabama A&M (collectively, the "Trustees") in the above-referenced matter. Undersigned counsel further requests that the Clerk of the Court provide all notices to the undersigned counsel at the address set out below.

                                                   **s/ L. Franklin Corley IV**
                                                   L. Franklin Corley IV (ASB-7350-T73C)
                                                   **Sirote & Permutt, P.C**.
                                                   305 Church Street, Suite 800
                                                   Huntsville, Alabama 35801
                                                   (256) 536-1711
                                                   (256) 518-3681 (facsimile)
                                                   fcorley@sirote.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert C. Lockwood<br>Kimberly K. Rucker<br>**WILMER & LEE, P.A.**<br>100 Washington Street, Suite 100<br>Huntsville, Alabama 35804<br>(256) 533-0202<br>(256) 533-0302 (Facsimile)<br>rlockwood@wilmerlee.com<br>krucker@wilmerlee.com<br><br>*Attorneys for Plaintiff* | William R. Lunsford<br>Matthew B. Reeves<br>**MAYNARD, COOPER & GALE, P.C.**<br>655 Gallatin Street, S.W.<br>Huntsville, Alabama 35801<br>(256) 551-0171<br>(256) 512-0119 (Facsimile)<br>blunsford@maynardcooper.com<br>mreeves@maynardcooper.com<br><br>Angela Redmond Debro<br>General Counsel<br>**ALABAMA A&M UNIVERSITY**<br>Post Office Box 315<br>Normal, Alabama 35762<br>(256) 372-8889<br>(256) 372-8890 (Facsimile)<br>angela.debro@aamu.edu<br><br>*Attorneys for Dr. Hugine* |

                                                  **s/ L. Franklin Corley IV**
                                                  L. Franklin Corley IV